BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103
Telephone: (334) 269-2343

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMANDA WALLACE,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>Defendants. | Case No. 3:20-cv-01822-MAS-RLS<br><br>MDL No. 2738<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

**COMES NOW**, Catherine B. O'Quinn, and hereby enters her Appearance as additional counsel on behalf of the Plaintiff Amanda Wallace in the above referenced matter.

**Respectfully submitted,** on this day of August 8, 2024.

***/s/ Catherine B. O'Quinn***
Catherine B. O'Quinn
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
(800) 898-2034 Telephone
(334) 954-7555 Facsimile
caty.oquinn@BeasleyAllen.com

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2024, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

***/s/ Catherine B. O'Quinn***
Catherine B. O'Quinn

***Attorney for Plaintiff***